IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN THE MATTER OF THE SEARCH OF  No. 2:08-MJ-558
MAG. JUDGE ABEL

Accounts sweetkins_98@yahoo.com,
ab_angelheart@yahoo.com, jbrierley96@yahoo.com,
and thetruthshallsetyoufree98@yahoo.com

ORDER TO UNSEAL

The Government having moved to unseal certain documents and the Court being duly advised in the premises;

IT IS HEREBY ORDERED that said documents be unsealed.

*s/ MARK R. ABEL*
UNITED STATES MAGISTRATE JUDGE

_____
DATE